[No. 36131-7-I.    Division One.    November 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01376-3, Paul D. Hansen, J., entered February 14, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36246-1-I.    Division One.    November 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. JAEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01175-2, Anite Louise Farris, J., entered February 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36414-6-I.    Division One.    November 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK J. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04528-6, Michael J. Fox, J., entered March 30, 1995. *Affirmed* by unpublished per curiam opinion.

[Nos. 36614-9-I; 37380-3-I.    Division One.    November 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN D. JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00512-4, Linda C. Krese, J., entered April 20, 1995, together with a petition for personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.